1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  phylg@potterhandy.com
6  Attorneys for Plaintiff

7  CRIS C. VAUGHAN (SBN 99568)
   VAUGHAN & ASSOCIATES
8  6207 South Walnut Street, Suite 800
9  Loomis, CA 95650
   Telephone: (916) 660-9401
10 Facsimile: (916) 660-9378
   cvaughan@adasolutionsgroup.com
11 Attorney for Defendants
12 Richard L. Poletti, as trustee;
   Louis R. Poletti; William W. Poletti; John W. Poletti;
13 Natalie A. Poletti; Asanh Voong; Neelam Sharma

**GRANTED**
*Judge Thomas S. Hixson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD L. POLETTI, in individual and representative capacity as trustee under Declaration of Trust dated March 11, 1996;<br>LOUIS R. POLETTI;<br>WILLIAM W. POLETTI;<br>JOHN W. POLETTI;<br>NATALIE A. POLETTI;<br>ASANH VOONG;<br>NEELAM SHARMA; and Does 1-10,<br><br>        Defendants. | Case No.: 3:18-CV-06480-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 17, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
     Amanda Lockhart Seabock
     Attorneys for Plaintiff

Dated: September 17, 2019    VAUGHAN & ASSOCIATES

By:  /s/ Cris C. Vaughan
     Cris C. Vaughan
     Attorney for Defendants
     Richard L. Poletti, as trustee;
     Louis R. Poletti; William W. Poletti;
     John W. Poletti; Natalie A. Poletti; Asanh Voong;
     Neelam Sharma

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Richard L. Poletti, as trustee; Louis R. Poletti; William W. Poletti; John W. Poletti; Natalie A. Poletti; Asanh Voong and Neelam Sharma, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 17, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff